# UNITED STATES BANKRUPTCY COURT
## Central District Of California

| Debtor(s) Name:<br><br>Lawrence Huggins | For Court Use Only<br><br>**FILED**<br><br>*June 30, 2011*<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY MSI DEPUTY CLERK |
|---|---|
| **Chapter: 7**<br><br>**Case Number: 1:10–bk–22771–MT** | # ORDER CLOSING CASE |

*An involuntary case was filed in the above referenced matter. After status conference or hearing, the Court denied the relief requested and ordered the case dismissed. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of the Court continue, and the case is closed.*

*Dated: 6/30/11*

*By Order of the United States Bankruptcy Court*

**Kathleen J. Campbell**
*Clerk of Court*

94/ MSI